IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JUSTIN O., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 3:24-cv-02646-E-BT |
| § | |
| COMMISSIONER OF SOCIAL § | |
| SECURITY, § | |
| § | |
| Defendant. § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Rebecca Rutherford made findings, conclusions and a recommendation in this case. (ECF No. 24). No objections were filed. The District Judge has reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the District Judge accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**SO ORDERED:** this 27th day of August, 2025.

Ada Brown
UNITED STATES DISTRICT JUDGE